# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*[1] | Case No. 25-10068 (CTG) |
| Wind-down Debtors. | (Jointly Administered) |
| ADVANTUS, CORP., *et al.*, | |
| Plaintiffs, | Adversary No. 25-52463 (CTG) |
| v. | **Re: Adv. Dkt. Nos. 6, 7, 8, 12, & 14** |
| MICHAEL PRENDERGAST, *et al.*, | |
| Defendants. | |

**NOTICE OF COMPLETION OF BRIEFING REGARDING PLAINTIFFS' MOTION FOR REMAND PURSUANT TO 28 U.S.C. §1452(b) TO THE <u>COURT OF COMMON PLEAS OF SUMMIT COUNTY, OHIO</u>**

---

[1] The "Wind-Down Debtors" in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Wind-Down Debtors former mailing address was 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE NOTICE** that briefing on Plaintiffs' Motion for Remand Pursuant to 28 U.S.C. 1452(b) to the Court of Common Pleas of Summit County, Ohio (the "Motion"), filed by plaintiffs Advantus Corp, Fairfield Processing Corp, Gwen Studios, LLC, Low Tech Toy Club LLC, Ormo Ithalat Ihracat A.S., Springs Creative Products Group, LLC (collectively, the "Plaintiffs") is complete. The following are all pleadings relevant to the Motion:

1. Plaintiffs' Motion for Remand Pursuant to 28 U.S.C. 1452(b) to the Court of Common Pleas of Summit County, Ohio (filed Dec. 23, 2025) [Adv. Dkt. No. 6];

2. Plaintiffs' Memorandum of Law in Support of Motion for Remand Pursuant to 28 U.S.C. 1452(b) to the Court of Common Pleas of Summit County, Ohio (filed Dec. 23, 2025) [Adv. Dkt. No. 7];

3. Declaration of Frank H. Griffin in Support of Motion for Remand Pursuant to 28 U.S.C. 1452(b) to the Court of Common Pleas of Summit County, Ohio (filed Dec. 23, 2025) [Adv. Dkt. No. 8];

4. Defendants' Opposition to Plaintiffs' Third Motion for Remand (filed Jan. 20, 2026) [Adv. Dkt. No. 12]; and

5. Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Remand Pursuant to 28 U.S.C. 1452(b) to the Court of Common Pleas of Summit County, Ohio (filed Jan. 27, 2026) [Adv. Dkt. No. 14].

Dated: February 5, 2026

**GRANT & EISENHOFER P.A.**

*/s/ Frank H. Griffin*
Frank H. Griffin (Del. Bar No. 7318)
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7047
Fax: 302-622-7100
fgriffin@gelaw.com

and

Meagan Farmer (application for admission *pro hac vice* to be filed)
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8500

Fax: 646-722-8501
Email: mfarmer@gelaw.com

*Counsel for the Plaintiffs*